UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**LESLIE LIS HOFFMAN,**

      **Plaintiff,**

CASE NUMBER: 19-10843
HONORABLE VICTORIA A. ROBERTS
MAGISTRATE JUDGE GRAND

v.

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On September 25, 2019, Magistrate Judge Grand issued a Report and Recommendation [Doc. 11], recommending that Defendant's Motion for Summary Judgement be [Doc. 10] be **GRANTED** and Plaintiff's Motion for Summary Judgment [Doc. 9] **DENIED**. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and Recommendation.

Defendant's motion is **GRANTED** and Plaintiff's motion is **DENIED**. Judgment will enter in favor of Defendant.

    **IT IS ORDERED**.

                                s/ Victoria A. Roberts
                                Victoria A. Roberts
                                United States District Judge

Dated: October 31, 2019